IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM BAILEY, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 2:13cv439-TMH |
| | ) (WO) |
| DENNIS MEEKS, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On August 15, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. #17). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failures to prosecute this action properly and to comply with the orders of the court.

A separate order will issue.

Done, this 30th day of September 2013.

        /s/ Truman M. Hobbs
        TRUMAN M. HOBBS
        SENIOR UNITED STATES DISTRICT JUDGE